IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Guitron, Hector M  
Guitron, Arelia  
Printed: 11/13/07

Case Number: 07 B 15102  
Judge: Goldgar, A. Benjamin  
Filed: 8/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 2, 2007  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 1,500.00 | 0.00 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Carrington Mortgage Services, LLC | Secured | 24,000.00 | 0.00 |
| 4. | Charming Shoppes-Fashion Bug | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,500.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees  
_____  
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____